Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

Civil/Criminal Division

|  |  |
|---|---|
| Susann Becker<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>**-v-**<br><br><br><br>Tammi(y) Lambertson<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.    8:23cv526<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*   ☒ Yes   ☒ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Susanne Becker |
| Address | 50965 COUNTY ROAD 27 |
| | SCOTTSBLUFF _City_ — NE _State_ — 69361 _Zip Code_ |
| County | SCOTTSBLUFF |
| Telephone Number | 308-631-7366 |
| E-Mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Tammi(y) Lambertson |
| Job or Title _(if known)_ | Nolan lambertson General Guardian/ The Rock Church Pastor |
| Address | 2901 promirose |
| | Scottsbluf _City_ — ne _State_ — 69361 _Zip Code_ |
| County | |
| Telephone Number | |
| E-Mail Address _(if known)_ | |

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title _(if known)_ | |
| Address | |
| | _City_ — _State_ — _Zip Code_ |
| County | |
| Telephone Number | |
| E-Mail Address _(if known)_ | |

☒ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

_____
City          State          Zip Code

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

_____
City          State          Zip Code

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S Constitution Due process

_____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

please see attachment

---

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

please see attachment.

---

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

please se attachment

---

B.      What date and approximate time did the events giving rise to your claim(s) occur?

please see attachment

---

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

please see attachment

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

please see attachment

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

please see attachment

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    November 17, 2023

Signature of Plaintiff

Printed Name of Plaintiff    SUSANNE BECKER prose

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

**Basis for Jurisdiction**

Under U.S.C title 25.6.1.233 says the State of New York and under the laws of the State of New York shall have jurisdiction in civil actions and proceedings between Indians or between one or more Indians and any other person or persons to the same extent as the courts of the State of Nebraska shall have jurisdiction in other civil actions and proceedings as long as I do not declare a tribe or a reservation to a tribe. Under U.S.C title 25.5.175 says in ALL states and territories where there are reservations or allotted Indians the United States Attorney shall represent Indians in all suits at law and in equity. Under U.S.C 28 (ss)1360 says that Nebraska will have jurisdiction over civil causes of action between Indians or in which Indians are a party of an arising suit on and off Indian Country and elsewhere within Nebraska. Therefore the Federal Nebraska and Federal New York will have conferred jurisdiction of any interest therein. Under U.S.C 28 (ss) 1353 The Federal district courts shall have original jurisdiction of any civil actions involving the right of any person in whole or in part of Indian blood or descent any allotment of land under any Act of Congress or treaty.

a.    See application
b.    U.S Constitution of Due process
c.    U.S Constitution of Due process
d.    Tammy(I) lambertson is the general guardian of Nolan Lamberston and under FRCP 17(c)(A) I have the rights to sue Tammi Lambertson on behalf of the actions of Nolan Lambertson for filing a Harassment protection Order as a minor for having this protection under issued in every 50 state jurisdiction of the United States on the Plaintiff Susanne Becker. Under the Color of the Law, Nolan Lambertson never was a party to the original emails to the Rock Church of Scottsbluff Ne in which Tammi Lambertson son is a member nor was Nolan Lambertson as a party to the signing and the conducting of the original marriage of Susanne Becker to James Hurd also known as James Peterman by birth. Nolan Lambertson used the color of the Law to issue by means of Tyson Lambertson a harassment protection order by illegal means of conspiring to compound a crime of adultery, sodomy, identity theft by social security card, and fraud by duress of James Peterman also known as James Hurd with Tyson Lambertson in a marriage used for theft of land, personnel property and assets of Susanne Becker(Hurd). Tammi Lambertson is a general guardian of Nolan Lambertson and has a duty of care to exercise reasonable care for the physical safety and property of other people.
e

2.    Statement of Claim

a.    In the State of New York and the State of Nebraska and the County of Scottsbluff
b.    From October 30, 2023 until present
c.    Tammi Lambertson a guardian of Nolan Lambertson went to the County Court of Scottsbluff and filed paperwork saying that Susanne Becker is mental ill, uses words like duress, sodomization and said Susanne Becker is suing his father Tyson Lambertson for 6 billion dollars and that they or he talked to the police captain, corporate lawyers and personal lawyers and they said to file a harassment protection order in which the county Judge Kris Mickey signed. In the process of this order, Tristan Kirsch a county sheriff assigned by Kris Still(according to the office personnel of the sheriff's department) went

to Susanne Becker's county residence and read to her the harassment protection order. (Tristan Kirsch himself has been name in 2021 and 2022 pubic council meetings with the state law enforcement council that Tristan Kirsch is a trainee and will have no rights of law enforcement duties without an assigned officer by his side). Tristan was sent out on November 9, 2023 at 6 pm with no other person with him to issue Susanne Becker harassment orders with no rights to do so as a county sheriff. Tristan left Susanne Becker's residence and Susanne Becker called the State parole non-emgerency ispatch where they said call your county the state has no jurisdiction(which is false cause all officers are state certified) and hung up. Susanne Becker called the county and they dispatched her back to a police officer in training that can only take notes. On November17, 2023, Susanne Becker call the city and county of Scottsbluff plus Troop E portal office secretaries and they said there was no call out of report of Nolan Lambertson call the police on Susanne Becker being harassing to Nolan Lambertson which matches the complaint issued to the county Judge Kris(ten) Mickey.

**Injuries:**

1. Interference with freedom of movement(NRS 20-124)
    a. Nolan lambertson detained me under a false claim under a legal authority by placing a harassment protection order on me without a police officer report .
        1. Harassment is defined under the Nebraska revised Statutes Chapter 28 "Crimes and Punishment".
        2. The local law enforcement officers, city, county and state did not place charges against me between October 30, 2023 and November8, 2023 for electronic communications between Nolan Lambertson and me.
    ii. Nolan Lambertson would have to prove through the evidence given in the Complaint that his name was mention on any of the emails and that he emails where directed to Nolan Lambertson.
    iii. Because, the evidence given in the main complaint if harassment, Nolan Lambertson did not show me as a person being a direct threat to him by electronic communications.
    iv. Therefore, Nolan lambertson can be charged with:
        1. NRS 20-124any individual attempts to interfere with or restrain the exercise of the freedom of free speak, write and publish to distribute by using the most "effective" lawful means, methods and the equal enjoyment of any place or public accommodation that exhibits entertainment like a THE ROCK CHURCH shall be GUILTY OF DISCRIMINATORY PRACTICE AND SHALL BE SUBJECT TO under :
            a. Nebraska Revised Statue 20-134
            b. Nebraska Revised statue 20-135
            c. Nebraska Revised Statue 20-136
            d. Nebraska Revised Statue 20-137
            e. Nebraska Revised Statue  20-139
            f. Nebraska Revised Statue 20-140
            g. Nebraska Revised Statue 20-142

*Becker vs. Lambertson*

       2. RS 28-907 Furnishes material information he or she knows to be false to any peace officer or any governmental department with intent to instigate an investigation and which actually results in causing or impeding such investigation can be a Class I misdemeanor.

2. Defamation (NRS 25-839)
   a. Nolan Lambertson communicate about me that injuries my good name and reputation so that I am a subjected to hatred, abuse, contempt of ridicule of others by writing a untrue statement of my mental health on a public report to the courts that is attached to a harassing order that can be seen across 52 states of America by all law enforcement showing some type of abuse I did to Nolan Lambertson that was basic on a false material information furnished to the courts and not reported to the law enforcement office through proper documented agencies.
   b. Therefore, Nolan Lambertson can be tried on actual malice under case law State v. Moniz, 224 Neb. 198, 397 N.W2d 37(1986) which has been "said to denote that condition of mind which is manifested by the intentional doing of a wrongful act without just cause or excuse and to be any willful or corrupt intention of the mind" by making untrue statements on paper that injuries my name and reputation.

3. Intentional Infliction of Emotional distress(NRS 25-3503)
   a. Nolan Lambertson cause harm to me by emotional distress by reading my emails to the "info" email that was not directed to anyone but the "info" email address which is not named Nolan Lambertson.
      i. Therefore, Nolan lambertson harmed my privacy between the "info" email address and me because he was not named as the person on the email address as the person I was emailing too. So, Nolan Lambertson is at fault for making false pretenses and exceeding authorized access to an account, message, file, device, resource or property of the "info" email address of The Rock Church that was not directed to Nolan Lambertson.
   b. There is no recovery for my emotional distress that lead to the conduct to the extreme and outrageous bonds of decency that Nolan Lambertson would intentional inflict emotional distress by publicly placing orders of harassment based of child abuse which was never direct to Nolan Lambertson or was never named for Nolan lambertson.

4. Negligence
   a. Tammi Lambertson is liable to damages of negligence of the sheriff's department for the risk of them causing mental anguish of mayhem on by mental character by the county and district court and the sheriff department for failure to perform a required duty correctly by the legal process of the law as to have Alan Gustafson to server the order and not the unauthorized and not surety bond trainee with not rights to perform process server duties.
   b. Tammi Lambertson is liable to the damages by Nolan Lambertson by defamation by making false and malicious statements about Susanne Becker on written harassment orders that talk about my personal life and domestic affairs.
   c. Tammi Lambertson is liable to damages by Nolan Lambertson for causing harassment orders of evidence that was not directed or had any name of Nolan Lamberston on the emails to the "info" email of the Rock Church which cause the Local City of Scottsbluff

Police Secretary, the county Sheriff's department Secretary and the State Parole Troop E secretary become rude, harassing by hanging up on me for asking All three departments if there was any record of Nolan Lambertson or his filing helper Tyson Lambertson of ever calling the cops to report official a threaten incident by me.

d. Tammi Lambertson is liable to damages of mayhem my character of mental anguish do to the fact that when I called to report the harassment order was in fact harassing in itself for Nolan Lambertson was not named on the emails or the emails where not address to Nolan lambertson and there was no charge of official report by any police officer saying Nolan Lambertson was being harassed by me.

e. Tammi Lambertson neglected Nolan Lambertson for Nolan intentional caused mental anguish and harms to my name and reputation for putting a harassing protection order on me and state in the complaint (that is public) that I am mentally disturbing without just cause.

f. Tammi Lambertson on behalf of Nolan Lambert son's is liable for damages of intentional Susanne Becker civil rights where violated by stopping her movement to be in a public church that she operates and by stopping her rights to freedom of religion that gives her the right to say that her church operated a false marriage between Susanne Becker and James Hurd in which:

    i. Tammi Lambertson on behalf of Nolan Lambertson stop Susanne Becker rights to Freedom of speech of their Rev. Tyson Lambertson also known as a pastor that Susanne Becker was filing a complaint on the fact that Tyson is not following the Nebraska code on marriage do to the fact that in Tyson lambert son's hand writing had to file out the names, ages and places of residence of the parties married, the names and residences of lease two witnesses who were present at such marriage and the time and place thereof. Tyson did not do that do to the hand writing on the Complaint filed by Nolan Lambertson other guardian Tyson lambertson and the hand writing on the marriage application which makes Susanne Becker's marriage license a false public document.

    ii. Tammi Lambertson on half of Nolan lambertson can be liable for the false record public record of a solemnize marriage.

    iii. Tammi Lambertson can be liable for damages by Nolan Lambertson for the Spiritual emotional abuse of Susanne Becker for filing harassment protection orders without being directly named on the emails or the emails sent to him because Susanne Becker go through years i believing she was really married to James Hurd just to find out he is not James Hurd and his name is james Peterman and that his alias name James Hurd was still married to another person named Sandra Teague for California and the result of this fake marriage cause adultery and sodomy and date rape and marital rape(or just rape) resulted on two children that one was birth out of wedlock and the other was birth out of as false public record of marriage by James Hurd who is really James Peterman.

**Relief**

Becker vs Lamb... Peterson

g. Punitive Damages of 9.2 million dollars from Tammi Lambertson causing the harassment order to be displayed in 52 states of the United States of America that made me suffered results by other people actions:

    i. like having the law enforcement officer Tristan Kirsch not file a report under their duties of ethics with criminal and civil obligation by Nebraska revised Statue 81-1403, having dispatch hang up on my emergency calls numerous times and then redirecting me to an Officer under review that did not have rights to write reports according the officer was still under view.

    ii. Having the Law Enforcement Office Secretaries hang up on me and talk rudely to me when they read that I had a harassment order on me based on information that was not reported as to how Nolan Lambertson was involved.

    iii. Tammi lambertson had a duty to make sure that Nolan Lambertson would not act reckless, malicious against another person like me with having some type of evidence that would constitute Nolan Lambertson claim against me.

Becker
50965 CR 27
Scottsbluff, NE
69361

RECEIVED

NOV 22 2023

CLERK
U.S. DISTRICT COURT

Clerk
U.S. courts
Roman courthouse
111 S. 18th plaza
Suite 1152
Omaha, NE 68102-1322

Retail

U.S. POSTAGE PAID
FCM LG ENV
SCOTTSBLUFF, NE
NOV 20, 2023

68102

$5.25

RDC 99     0 Lb 5.10 Oz     R2304H107698-6

USPS TRACKING® #

9545 3103 9726 3324 4974 11