IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANN BECKER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TAMMI(Y) LAMBERTSON, Individual and Official capacity;<br><br>　　　　　Defendant. | 8:23CV526<br><br>**MEMORANDUM AND ORDER** |

　　　　On April 15, 2024, the Court ordered Plaintiff to pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action.  Filing No. 4.  To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

　　　　IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.  The Court will enter judgment by a separate document.

　　　　Dated this 6th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*Joseph F. Bataillon*

　　　　　　　　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge